## ANGEL OCASIO *v.* COMMISSIONER OF CORRECTION
### (AC 25635)

Flynn, Bishop and McLachlan, Js.

Argued November 29—officially released December 27, 2005

Per Curiam. The appeal is dismissed.

## PETER H. ERTEL *v.* TIMOTHY LAYTE ET AL.
### (AC 25952)

Lavery, C. J., and McLachlan and Berdon, Js.

Argued November 30—officially released December 27, 2005

Per Curiam. The judgment is affirmed.

## GREGG A. MARCHAND *v.* COMMISSIONER OF MOTOR VEHICLES
### (AC 26425)

Bishop, McLachlan and Gruendel, Js.

Submitted on briefs December 2—officially released December 27, 2005

Per Curiam. The judgment is affirmed.